IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Criminal No. 00-132 |
| JAMES WICKWIRE | ) | |

## APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: James Wickwire, P-0343, Year of Birth: 1979, White, Male.

2. Detained by: Elk County Jail, P.O. Box 448, Ridgway, PA 15853.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Sections 371, 922(j), 924(a)(2) and 922(g)(1).

4. Detainee is presently confined in the Elk County Jail, Ridgway, PA, serving a sentence on a state charge.

5. The above case is set for probation revocation hearing at Pittsburgh, PA on January 31, 2007, at 10:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time and to remain in federal custody until the completion of federal charges.

6. The Warden of the Elk County Jail, Ridgway, PA has no objection to the granting of this petition.

```
                                    _____
                                    TINA O. MILLER
                                    Assistant U.S. Attorney
                                    PA ID No. 71101
```

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and to hold the detainee in federal custody until the completion of trial on federal charges.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

```
_____          _____
DATE                              UNITED STATES DISTRICT JUDGE
```

cc: United States Attorney