# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America          )
_____ )
_____ )
_____ )
                                  )
            vs.                   )     CR  00-132 (3)
James C. Wickwire                 )
_____ )
_____ )
            Defendants            )

**HEARING ON**  Revocation of Supervised Release

         **Before**  Judge Cohill

Tina Miller, AUSA                           Sam Reich, Esq.
_____             _____
_____             _____
    Appear for Plaintiff                         Appear for Defendant

Hearing Begun  10:00 am                     Hrg Adjourned to _____

Hrg concluded C.A.V.  11:10 am              Stenographer    Julie Kienzle

                           **WITNESSES**
         For Plaintiff                          For Defendant

Defendant does not contest the revocation of his supervised release.
Government Witness 1: U.S. Probation Officer David J. Conde
Defense Witness 1: Christina Larkin, Defendant is father of one of her 2 children.
Defense Witness 2: James C. Wickwire

The Court finds that the Defendant violated the terms of his supervised release. Supervised release is hereby revoked at Counts I & V of Cr. 00-132, and a term of imprisonment of 9 months is imposed at Counts I and V, to be served concurrently. The term of imprisonment shall be served consecutive to Defendant's sentences imposed at Elk County Court of Common Pleas, Dockets DRSNO:97-224, DRSNO:04-00018, and DRSNO: 06-00019. No term of supervised release is imposed.