✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| Western | District of | Pennsylvania |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

|  |  |  |
|---|---|---|
| JAMES C. WICKWIRE | Case Number: | CR No. 00-00132-003 |
|  | USM Number: | 06925-068 |

Samuel J. Reich, Esquire
Defendant's Attorney

## THE DEFENDANT:

X  admitted guilt to violation of condition(s) _See Page 2 of Judgment_ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
|  | SEE PAGE 2 OF JUDGMENT |  |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  _N/A_

Defendant's Date of Birth:  _N/A_

Defendant's Residence Address:

_N/A_

Defendant's Mailing Address:

_N/A_

January 31, 2007
Date of Imposition of Judgment

_Maurice B. Cohill, Jr._
Signature of Judge

Maurice B. Cohill, Jr., United States District Judge
Name and Title of Judge

_January 31, 2007_
Date

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page ___2___ of ___3___

DEFENDANT:        JAMES C. WICKWIRE
CASE NUMBER:    CR No. 00-00132-003

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition | Violation of condition that the defendant shall support his or her dependants and meet other family responsibilities. | 1/5/2007 |
| General Condition | Violation of condition that the defendant shall not commit another, federal, state or local crime. | 10/12/2006 |
| Standard Condition | Violation of condition that the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of the month. | 1/5/2007 |
| Standard Condition | Violation of condition that the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons. | 1/5/2007 |
| Special Condition | Violation of condition that the defendant shall make restitution to George Heitzenreiter in the amount of $1,775.00, jointly and severally with the co-defendants. | 1/5/2007 |
| Special Condition | Violation of condition that the defendant shall pay to the United States a Special Assessment of $100.00. | 1/5/2007 |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page    3    of    3

DEFENDANT:        JAMES C. WICKWIRE
CASE NUMBER:      CR No. 00-00132-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    nine (9) months imposed at each of Counts I and V, said terms to be served concurrently.  Said term of imprisonment shall be served consecutive to the sentences imposed at Elk County Court of Common Pleas, Dockets DRSNO: 97-224, DRSNO: 04-00018, and DRSNO: 06-00019.

☐  The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m.  ☐ p.m.    on    _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL