IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs. | )    *Criminal Number 00-132* |
| | ) |
| **JAMES WICKWIRE** | ) |

*The above named defendant satisfied the judgment of MAY 14, 2001
by paying on SEPTEMBER 10, 2007 the full balance due on his/her court ordered:*

       __X__ Assessment
       _____ Fine
       _____ Costs
       _____ other

*The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.*

_____ 10/19/07
Deputy Clerk                  Date

[Stamp, inverted: U S DISTRICT COURT / CLERK / 2007 OCT 19 AM 11:29]